UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CAUSE NO. 3:22-CR-1-RLY-MPB |
| | ) |
| KENT K. DAM and | ) -01 |
| | ) |
| GRACIES CHINESE CUISINE, INC., | ) -02 |
| Defendant. | ) |

### ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

Comes now Chad E. Groves and hereby enters his appearance on behalf of the Defendant, Kent K. Dam and Gracie's Chinese Cuisine, in the above-referenced cause of action.

All future pleadings, correspondence, contacts, or other inquiries should be directed to said attorney(s) using the address and information listed below.  Further, said attorney(s) hereby consents to e-service via the Court's e-filing system.

Respectfully submitted this the 11th day of January 2022.

/*s/ Marcella M. Groves*
Marcella M. Groves, IN # 24847-49
GROVES LAW, LLP.
312 First Street
Henderson, KY  42420
(812) 402-1740
mgroves@groveslawllp.com

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing document was filed using the Court's ECF filing system and was served upon all parties appearing of record in the Court's ECF filing system by operation of same on or before the date of filing hereof.

/*s/ Marcella M Groves*
Marcella M. Groves, IN # 24847-49